**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to May 14, 2019)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-18-186        Clason v. Clason

A-18-837        In re Interest of Malcolm S. et al.

A-18-879        State v. Oeltjen

A-18-980        In re Interest of Javen B.

A-18-1005       In re Interest of Daveon S. & Alivia S.

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.